KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

GEORGE L. BEVAN, JR. (CSBN 65207)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: 510-637-3689
Email: George.bevan@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4-06-70440-WDB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO RESCHEDULE ARRAIGNMENT OR PRELIMINARY HEARING |
| DIANE LARSON, | |
| Defendant. | |

The United States and the defendant, through their undersigned counsel, hereby stipulate and agree to reschedule the arraignment or preliminary hearing in this case from August 2, 2006, to September 7, 2006. The parties are working toward a resolution of this case which will result in the filing of a misdemeanor charging document, and plea before this Court. However, additional time is necessary for the logistics to be put in place for that to occur. This continuance will enable the parties to work toward the anticipated resolution of this case.

The defendant agrees to waive time for arraignment or preliminary hearing until the new hearing date of September 7, 2006, and both parties agree to exclude time in the interests of justice under the Speedy Trial Act for the period between August 2, 2006, to

September 7, 2006, pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

Respectfully submitted,

Dated: 8/1/06

JAMES GILLER, ESQ.
Attorney for Diane Larson

KEVIN V. RYAN
United States Attorney

Dated: 8/1/06

GEORGE L. BEVAN JR.
United States Attorney

## ORDER RESCHEDULING ARRAIGNMENT or PRELIMINARY HEARING

Upon the foregoing stipulation of the parties, and good cause therefor, IT IS HEREBY ORDERED that the arraignment or preliminary hearing in this case is rescheduled from **August 2, 2006**, to **September 7, 2006**, at 10:00 a.m., before Magistrate Judge Wayne D. Brazil in Oakland.

The Court finds that time will be excluded for that period, in the interests of justice, for purposes of the Speedy Trial Act.

Dated: August 1, 2006



IT IS SO ORDERED
Judge Wayne D. Brazil

JOINT APPLICATION TO
RESCHEDULE SENTENCING DATE