1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  GEORGE L. BEVAN, JR. (CSBN 65207)
   Assistant United States Attorney

5
   1301 Clay Street, Suite 340S
6  Oakland, California 94612
   Telephone: 510-637-3689
7  Email: George.bevan@usdoj.gov

8  Attorneys for the United States of America

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11                   OAKLAND DIVISION

12  UNITED STATES OF AMERICA,          )    No. 4-06-70440-WDB
                                       )
13            Plaintiff,               )
                                       )
14       v.                            )    STIPULATION AND ORDER TO
                                       )    RESCHEDULE ARRAIGNMENT
15                                     )    OR PRELIMINARY HEARING
                                       )
16  DIANE LARSON,                      )
                                       )
17            Defendant.               )
                                       )
18  ─────────────────────────────

19       The United States and the defendant, through their undersigned counsel, hereby

20  stipulate and agree to reschedule the arraignment or preliminary hearing in this case from

21  September 7, 2006 to October 19, 2006.  The parties have agreed upon a resolution of

22  this case that will result in the misdemeanor tax charge.  However, this tax charge

23  requires the approval of the Tax Division in the Department of Justice, and the

24  government needs additional time to complete the necessary paperwork and obtain

25  Department of Justice approval.

26       The defendant agrees to waive time for arraignment or preliminary hearing until

27  the new hearing date of October 19, 2006, and both parties agree to exclude time in the

28  interests of justice under the Speedy Trial Act for the period between September 7, 2006

1    and October 19, 2006, pursuant to the provisions of 18 U.S.C. § 3161(h)(8)(A) and

2    (B)(iv).

3

4                                    Respectfully submitted,

5

6    Dated: _____             _____

7                                    JAMES GILLER, ESQ.
                                     Attorney for Diane Larson

8

9                                    KEVIN V. RYAN
                                     United States Attorney

10

11   Dated: _9/6/06_                 _____

12                                   GEORGE L. BEVAN JR.
                                     United States Attorney

13

14

15        **ORDER RESCHEDULING ARRAIGNMENT or PRELIMINARY HEARING**

16        Upon the foregoing stipulation of the parties, and good cause therefor, IT IS

17   HEREBY ORDERED that the arraignment or preliminary hearing in this case is

18   rescheduled from **September 7, 2006 to October 19, 2006, at 10:00 a.m.,** before

19   Magistrate Judge Wayne D. Brazil in Oakland.

20        The Court finds that time will be excluded for that period, in the interests of

21   justice, for purposes of the Speedy Trial Act.

22

23

24   Dated: _September 6, 2006_

25                                   IT IS SO ORDERED

26                                   Judge Wayne D. Brazil

27

28

JOINT APPLICATION TO
RESCHEDULE SENTENCING DATE              2